PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00114-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME PERIODS UNDER THE SPEEDY TRIAL ACT; ORDER |
| v. | |
| ANGELO JACKSON MENDIVER, | DATE: December 13, 2023 |
| Defendant. | TIME: 1:00 p.m. |
| | COURT: Hon. Barbara A. McAuliffe |

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on December 13, 2023.

2. The parties hereby request that the Court vacate the status conference and set the matter for a change of plea on January 16, 2024, at 8:30 a.m. and exclude time between December 13, 2023, and January 16, 2024, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

3. The parties agree and stipulate, and request that the Court find the following:

    a) The parties have entered into a plea agreement and January 16, 2024 is a date that the parties and district court are available for the change of plea hearing and believe that a continuance is necessary to accommodate the parties for a change of plea.

    b) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the opportunity to enter his guilty plea at a time when the parties

and court are available.

   c) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

   d) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 13, 2023, to January 16, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: October 31, 2023        PHILLIP A. TALBERT
                  United States Attorney

                  /s/ KAREN A. ESCOBAR
                  KAREN A. ESCOBAR
                  Assistant United States Attorney

Dated: October 31, 2023

                  /s/ MONICA BERMUDEZ
                  MONICA BERMUDEZ Counsel
                  for Defendant Angelo Jackson
                  Mendiver

## ORDER

IT IS SO ORDERED that the status conference set for December 13, 2023, is vacated. A change of plea hearing is set for **January 16, 2024, at 8:30 a.m. before District Judge Ana de Alba**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **November 1, 2023**           /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION                                        3