MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675

Attorney for the Defendant
Angelo Jackson Mendiver

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00114-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING FINDINGS AND ORDER |
| v. | |
| ANGELO JACKSON MENDIVER | DATE: March 27, 2024 |
| Defendants. | TIME: 8:30 A.M. |
| | JUDGE: TBD |

**STIPULATION**

COMES NOW, Defendant, ANGELO JACKSON MENDIVER, by and through his attorney of record, Monica L. Bermudez and The United States of America, by and through its counsel of record hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on March 27, 2024, at 8:30 a.m., Courtroom 5.

2. By this stipulation, defendant now moves to vacate the sentencing hearing until **May 13, 2024, at 8:30 a.m.** The government joins in this request.

3. The parties agree and stipulate, and request that the court find the following:

1

a. This matter was originally set for sentencing on April 1, 2024, at 11:00 a.m. before District Judge Charles Breyer.

b. On March 12, 2024, the District Court issued a minute order (Doc. 51) advancing the court date to March 27, 2024, at 8:30 a.m. due to the unavailability of the court.

c. Counsel for Mr. Mendiver will be out of the country and unavailable to appear on the set date.

d. Moreover, counsel is in the process of gathering information for the preparation and filing of a sentencing memorandum.

**IT IS SO STIPULATED**.

DATED: March 14, 2024

*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Counsel for Defendant
ANGELO JACKSON MENDIVER

DATED: March 14, 2024

*/s/Karen Escobar*
KAREN ESCOBAR
Assistant United States Attorney

### ORDER

IT IS SO ORDERED that the sentencing hearing is continued from March 27, 2024, to **May 13, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: __March 18, 2024__         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2