MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1670 M Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675
Email: monica@lawbermudez.com

Attorney for the Defendant
ANGELO MENDIVER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>v.<br><br>ANGELO MENDIVER,<br><br>       Defendants. | CASE NO. 1:23-cr-00114 NODJ-BAM<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: May 15, 2024<br>TIME: 10:00 a.m.<br>JUDGE: NODJ |

**STIPULATION**

  Angelo Mendiver, by and through his counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1. By previous order, this matter was set for sentencing on May 15, 2024 at 10:00 a.m.

2. On May 4, 2024, the Court informed the parties that the NODJ Criminal Calendar will be reset to May 15, 2024 at 10:00 a.m. before the Honoralbe Disitrict Judg Linda Lopez

3. The defendant's counsel is not available for the sentencing hearing as reset by the Court.

4. Accordingly, the parties stipulate to continue the defendant's sentencing from May 15, 2024 to **July 29, 2024**.

5. An exclusion of time is not necessary as the defendant previously enteresdted a guilty plea

1

**IT IS SO STIPULATED.**

DATED: May 8, 2024

/s/ Monica L. Bermudez
MONICA L. BERMUDEZ
Counsel for Defendant
Angelo Mendiver

DATED: May 8, 2024

/s/Karen Escobar
KAREN ESCOBAR
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED that the sentencing set on May 15, 2024, be vacated and reset to **July 29, 2024 at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated: __May 8, 2024__     /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

2