MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Facsimile: (661) 322-7675
Email: monica@lawbermudez.com

Attorney for the Defendant
ANGELO MENDIVER

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>ANGELO MENDIVER,<br><br>              Defendants. | CASE NO. 1:23-CR-00114-NODJ-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>DATE: September 9, 2024<br>TIME: 9:00 A.M.<br>JUDGE: NODJ |

**STIPULATION**

Angelo Mendiver, by and through his counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1. By previous order, this matter was set for sentencing on July 29, 2024, at 9:00 a.m. Counsel is requesting this matter be continued to September 9, 2024.

2. Due to being engaged in trial in the matter of *People v. Ray Green* BF187349A in the Superior Court County of Kern counsel was unable to prepare a sentencing memorandum on behalf of Mr. Mendiver. Counsel is also in the process of collecting materials on behalf of Mr. Mendiver to present at his sentencing hearing

3. I have spoken to AUSA Karen Escobar and she has no objection to the continuance.

1

**IT IS SO STIPULATED.**

DATED: July 23, 2024

                                         */s/ Monica L. Bermudez*
                                         MONICA L. BERMUDEZ
                                         Counsel for Defendant

DATED: July 23, 2024

                                         */s/Karen Escobar*
                                         KAREN ESCOBAR

                                         Assistant United States Attorney

## **O R D E R**

IT IS SO ORDERED that the sentencing hearing is continued from July 29, 2024, to **September 9, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **July 23, 2024**                                     /s/ *Barbara A. McAuliffe*
                                                                   UNITED STATES MAGISTRATE JUDGE