PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGELO JACKSON MENDIVER,<br><br>Defendant. | CASE NO. 1:23-CR-00114-NODJ-BAM<br><br>APPLICATION TO SEAL DOCKET ENTRY 43; ORDER<br><br>DATE: September 9, 2024<br>TIME: 9:30 a.m.<br>COURT: NODJ |

Pursuant to Rule 49.1(a) of the Federal Rules of Criminal Procedure, the United States of America, by and through its counsel of record, hereby moves to seal the government's original sentencing memorandum filed herein on April 23, 2024, and found at Docket Entry 43. The original sentencing memorandum inadvertently referenced the name of the juvenile co-conspirator at p. 5, lines 10 and 16, and p. 6, line 24. An amended and redacted sentencing memorandum has been submitted.

Dated: August 28, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

**ORDER**

In light of the foregoing, Docket Entry 43 is hereby ordered sealed.

IT IS SO ORDERED.

Dated: **August 28, 2024**

UNITED STATES DISTRICT JUDGE

APPLICATION AND ORDER