MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1340 L. Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
ANGELO MENDIVER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-cr-00114 NODJ-BAM |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | DATE: September 9, 2024 |
| ANGELO MENDIVER, | TIME: 10:00 a.m. |
| Defendants. | JUDGE: NODJ |

**STIPULATION**

Angelo Mendiver, by and through his counsel, Monica L. Bermudez, and The United States of America, by and through its counsel of record, hereby stipulates as follows:

1. By previous order, this matter was set for sentencing on September 9, 2024, at 9:30 a.m.

2. Counsel for Mr. Mendiver has been engaged in a multi-defendant homicide trial in the matter of *People v. Kindle, et al., BF193990A*, in the Kern County Superior Court since August 15, 2024.

3. Trial was anticipated to conclude early September, however Mr. Kindle tested positive for COVID-19 which has postponed trial until September 5, 2024.

4. I anticipate trial concluding mid-September and therefore will not be available to proceed

1

with Mr. Mendiver's sentencing on September 9, 2024.

5. Accordingly, the parties stipulate to continue the defendant's sentencing from September 9, 2024, to October 7, 2024.

6. Counsel has spoken to AUSA Karen Escobar and she has no objection to the continuance.

7. Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

8. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

9. For defendant SAHAGUN, for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 9, 2024, 2024 and October 7, 2024, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

10. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

**IT IS SO STIPULATED.**

DATED: August 29, 2024

                                                  /s/ *Monica L. Bermudez*
                                                  MONICA L. BERMUDEZ
                                                  Counsel for Defendant
                                                  Angelo Mendiver

DATED: August 29, 2024

                                                  */s/Karen Escobar*
                                                  KAREN ESCOBAR
                                                  Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED that the sentencing hearing is continued from September 9, 2024, to **October 7, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:   **August 29, 2024**                                    /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE