MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L. Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
ANGELO JACKSON MENDIVER

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00114 BAM-1 |
| Plaintiff, | REQUEST TO RECONVEY REAL PROPERTY |
| v. | |
| ANGELO JACKSON MENDIVER, | |
| Defendants. | |

COMES NOW, defendant, ANGELO JACKSON MENDIVER, by and through his counsel, MONICA L. BERMUDEZ, hereby requests the bond be exonerated in this matter and the real property posted as security for bond be reconveyed.

The following property was posted as security for bail for the full property bond at the Recorder's Office of the County of Kern. State of California:

    APN: 104-311-33-00
    Deed: 223070366
    Name of Trustor: Tanya Aileen Kurtz
    Payment Amount: $150,000

1

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed on November 14, 2024, at Bakersfield, California.

DATED: November 14, 2024

                                      */s/ Monica L. Bermudez*
                                      MONICA L. BERMUDEZ
                                      Counsel for Defendant
                                      ANGELO JACKSON MENDIVER

MONICA L. BERMUDEZ
Attorney at Law, SBN 275434
1304 L. Street
Bakersfield, CA 93301
Telephone: (661) 616-2141
Email: monica@lawbermudez.com

Attorney for the Defendant
ANGELO JACKSON MENDIVER

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>ANGELO JACKSON MENDIVER,<br><br>　　　　　　　　　Defendants. | CASE NO. 1:23-CR-00114 BAM-1<br><br>ORDER TO RECONVEY PROPERTY |

Upon request of the defendant, and good cause appearing, IT IS HEREBY ORDERED, that the property bond below posted as collateral be exonerated:

　　　　APN: 104-311-33-00
　　　　Deed: 223070366
　　　　Name of Trustor: Tanya Aileen Kurtz
　　　　Payment Amount: $150,000

Date: November 21, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

3